FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 1 2 2016

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

---------------------------------------------- )
                                               )
                                               )
ANGELA RENEE BIDDLE                            )
                                               )
     Plaintiff,                                )
                                               )
           v.                                  )   Civil No. 4:16CV502-SWW
                                               )
EQUIFAX INFORMATION SERVICES                   )
LLC.                                           )
                                               )   This case assigned to District Judge Wright
     Defendant.                                )   and to Magistrate Judge Deere
---------------------------------------------- )

## COMPLAINT FOR PERMANENT INJUNCTION AND DAMAGES

Comes now is the Plaintiff in her Complaint in the above styled case herein, and alleges the following:

1. This is an action under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq. Through this action, the Plaintiff requests permanent injunctive relief, compensatory, and punitive damages for engaging in conduct that is a clear violation of the aforementioned federal laws.

### JURISDICTION AND VENUE

2. This court has subject matter jurisdiction over this matter pursuant to 15 U.S.C. §§ 1681p.

3. Venue is proper in the United States District Court for the Eastern District of Arkansas under 15 U.S.C. §§ 1681p.

### PARTIES

4. Plaintiff, Angela R. Biddle is an Arkansas resident whom resides at 6 Sabbs Circle Apt A Little Rock, AR 72206.

5. Defendant, Equifax Information Services LLC, a Georgia corporation, transact business in the state of Arkansas registered agent Corporation Service Company 300 Spring Building 300 South Spring Street Little Rock, AR 72201.

6. Definitions as related to this complaint and codified in 15 U.S.C. § 1681a:

   a. *Consumer report* means any written, oral, or other communication of any information by a consumer reporting agency bearing on a consumer's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used or expected to be used or collected in whole or in part for the purpose of serving as a factor in establishing the consumer's eligibility for credit, insurance, employment purposes or any other authorized purpose.

   b. *Consumer reporting agency*' means any person which, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing consumer reports.

   c. The term "*file*", when used in connection with information on any consumer, means all of the information on that consumer recorded and retained by a consumer reporting agency regardless of how the information is stored.

**FINDINGS OF FACT**

7. The Defendant maintains a consumer credit file on the Plaintiff in its database.

8. By legal definition, Equifax Information Services, LLC. is a consumer reporting agency.

9. The Defendant is reporting a public record referred to as Wage Earner Plan on the Plaintiff's consumer credit file.

10. The Plaintiff contends that several pieces of information regarding the reporting of the Wage Earner Plan are incomplete, inaccurate, and erroneous.

11. On or about the month of June 2015, the Plaintiff requested a reinvestigation with the Plaintiff regarding the incomplete/incorrect reporting of the Wage Earner Plan.

12. On or about July 2015, the Plaintiff received two "2" separate mail correspondences from the Defendant regarding her reinvestigation request.

13. The Plaintiff only the received the results of one of her requests.  The request regarding the dispute of the Wage Earner Plan reporting no response was ever received.

14. On or about August of 2015, the Plaintiff contacted the Defendant via phone regarding her reinvestigation request whereby she was advised that someone would have to call her back.

15. The Plaintiff never received such call back.

16. Sometime thereafter, the Plaintiff sent follow-up written communication to the Defendant regarding her reinvestigation request.

17. The Defendant never responded to her request.

18. The Defendant has taken a "fast and loose" approach to handling the Plaintiff's reinvestigation requests.

19. On or about August of 2015, the Wage Earner Plan was reported as follows:

Wage Earner Plan; Filed 02/2104; US Bankruptcy Court Little Rock; Case Id 1410723; Current Disposition Ch 13 Filed.

20. On or about October of 2015, the Wage Earner Plan was reported as follows:

300 W 2nd St Little Rock, AR 722012410; (501)918-5500.

*Otherwise Blank*

21. On or about March of 2016, the Wage Earner Plan was reported as follows:

100 E. 8th Ave Pine Bluff, AR 716015004; (870)536-1190.

*Otherwise Blank*

22. To date, the Defendant has yet to formally respond or address her reinvestigation request regarding the Wage Earner Plan, but has altered her consumer credit file on multiple occasions.

23. The Plaintiff alleges that she has been denied credit solely on the basis of this entry on consumer credit file furnished by the Defendant.

24. Despite documentation to the contrary, the Defendant failed to remove and/or update the Plaintiff's consumer credit file appropriately.

25. The Defendant, Equifax Information Services LLC, is in willful noncompliance of the FCRA and thus they are liable to the Plaintiff actual damages, punitive damages, court costs, and legal attorney's fees as listed in 15 U.S.C. § 1681n.

26. The Defendant, Equifax Information Services LLC, is in negligent noncompliance in accordance with the FCRA and thus they are liable to the Plaintiff actual damages, court costs, and legal attorney's fees as listed in 15 U.S.C. § 1681o.

**PRAYER FOR RELIEF**

**WHEREFORE**, the Plaintiff prays for relief from this court in the form of a permanent injunction instructing the Defendants to delete from any records, databases, etc. affiliated with their respective course of business the Wage Earner Account.

The Plaintiff also requests relief in the form of compensatory damages for aggravation, harassment, loss of time, fraud, damaged credit, loss of credit reputation, court cost and fees, attorney's fees and any other costs associated with bringing about this motion in the amount of $3,000.

The plaintiff also requests relief in the form of punitive damages related to the Plaintiff's stress and aggravation and for the Defendant's complete disregard for the law in the amount of $2,000 per occurrence.

The Plaintiff prays that her motion be granted for all fees incurred herein; and for all other just and proper relief to which she may be entitled.

**FURTHERMORE,** the Plaintiff requests that this matter be heard by bench trial.

The Plaintiff swears and affirms under oath that the statements and allegations made are true and to the best of her knowledge.

Respectively Submitted,

*Angela R. Biddle*
Angela R. Biddle
6 Sabbs Circle
Apt A
Little Rock, AR 72206
(501) 436-9383