**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ANGELA RENEE BIDDLE | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:16CV00502  SWW |
| EQUIFAX INFORMATION | * | |
| SERVICES LLC | * | |
| | * | |
| Defendant | * | |

**ORDER**

Pursuant to the parties' stipulation of dismissal [ECF No. 14], this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 4TH DAY OF APRIL, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE